# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MOLLY A. GRINOLDS, )
        Plaintiff, )
        v. ) Civil Action No. 09-95 Erie
MICHAEL J. ASTURE, )
Commissioner of Social Security, )
        Defendant. )

## **MEMORANDUM ORDER**

Plaintiff's social security complaint was received by the Clerk of Court on April 27, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 13], filed on July 22, 2010, recommended that Plaintiff's Motion for Summary Judgment [Doc. No. 7] be denied, and that Defendant's Motion for Summary Judgment [Doc. No. 9] be granted. The parties were allowed fourteen (14) days from the date of service to file objections. No objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 10th day of August, 2010;

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment [Doc. No. 7] is DENIED, and Defendant's Motion for Summary Judgment [Doc. No. 9] is GRANTED. JUDGMENT is hereby entered in favor of Defendant, Michael J. Astrue, Commissioner of Social Security, and against Plaintiff, Molly A. Grinolds.

The Report and Recommendation [Doc. No. 13] of Magistrate Judge Baxter, filed on July 22, 2010, is adopted as the opinion of the Court.

                                              s/   Sean J. McLaughlin
                                                   United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge